# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC W. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ISAAC GONZALEZ, *et al.*,<br><br>　　　　　Defendants. | **Case No. 1:14-cv-01252-LJO-EPG-PC**<br><br>**ORDER DENYING MOTION TO STRIKE NOTICE OF ERRATA**<br><br>(ECF No. 27) |

　　　　Plaintiff LaCedric W. Johnson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The case is currently proceeding on the Second Amended Complaint (the "SAC") filed by Plaintiff on April 22, 2016. (ECF No. 13.) The SAC names Defendants Isaac Gonzalez and A. Martinez and alleges federal and state claims for denial of access to courts in violation of the First Amendment.

　　　　On December 12, 2016, Defendants filed a Motion for Costs and Request for Stay under Rule 41(d) of the Federal Rules of Civil Procedure. Three days later, Defendants filed a Notice of Errata (ECF No. 26) correcting two citations in their Motion.

　　　　Plaintiff received the Notice of Errata before he received the Motion. Apparently believing that the Notice of Errata had been filed in error, Plaintiff filed a Motion to Strike the

1

1  Notice of Errata on December 27, 2016. (ECF No. 27.) The Motion to Strike thus appears to
2  have been filed based on a misunderstanding. Moreover, there are no grounds to strike
3  Defendants' Notice of Errata. Plaintiff's Motion to Strike the Notice of Errata (ECF No. 27) is
4  thus DENIED.

IT IS SO ORDERED.

Dated:   **March 20, 2017**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE