1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| LACEDRIC W. JOHNSON, | Case No. 1:14-cv-01252-LJO-EPG (PC) |
| Plaintiff | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | (ECF Nos. 36, 37, 53) |
| ISAAC GONZALEZ, *et al.*, | |
| Defendants. | |

11
12
13
14
15
16        LaCedric W. Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

17   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action

18   by the filing of a complaint on July 28, 2014. (ECF No. 1.) This action is currently proceeding on

19   Plaintiff's Second Amended Complaint against Defendants Isaac Gonzalez and A. Martinez,

20   correctional officers at Pleasant Valley State Prison. (ECF No. 13.) The matter was referred to a

21   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22        On August 18, 2017, Magistrate Judge Erica P. Grosjean entered findings and

23   recommendations recommending that Plaintiff's motion for an order to show cause for a

24   temporary restraining order and preliminary injunction,(ECF No. 36), and  motion for preliminary

25   injunction, (ECF No. 37), be denied. (ECF No. 53.) Plaintiff was provided an opportunity to file

26   objections to the findings and recommendations within thirty days. The thirty-day period has

27   expired and Plaintiff has not filed objections to the findings and recommendations.

28        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this

1

Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court HEREBY ORDERS that the findings and recommendations issued by Magistrate Judge Erica P. Grosjean on August 18, 2017, are ADOPTED IN FULL.

IT IS SO ORDERED.

Dated:    **December 28, 2017**            **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE