UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC W. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ISAAC GONZALEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01252-LJO-EPG (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>DATE: Monday, March 19, 2018<br>TIME: 9:30 a.m. |

    LaCedric W. Johnson, CDCR # H-28940, a necessary and material witness in a settlement conference in this case on March 19, 2018, is confined in San Quentin State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Monday, March 19, 2018 at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, San Quentin State Prison, San Quentin, California 94964:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **February 16, 2018**              /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE