UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC W. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC GONZALEZ, *et al.*,<br><br>Defendants. | Case No. 1:14-cv-01252-LJO-EPG (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 67) |

On November 7, 2017, the parties filed a stipulation to dismiss this action with prejudice, each party to bear his own litigation costs and attorney's fees. (ECF No. 67). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: __**March 29, 2018**__                  /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE

1